UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 08-6554 CAS (SHx) | Date | November 6, 2008 |
|---|---|---|---|
| Title | Daniel Martinez Roque v. Housekey Financial Corp., et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: WHY ACTION SHOULD NOT BE REMANDED

   On August 27, 2008, plaintiff Daniel Martinez Roque filed the instant action in Los Angeles Superior Court against defendants Housekey Financial Corporation; HSBC Mortgage Services, Inc.; and Does 1 through 50.  On October 6, 2008, defendants filed a notice of removal.  Defendants allege therein that the notice of removal was filed within thirty days of service of the summons and complaint on defendants, and state that a copy of the served summons is attached to their notice of removal as Exhibit B.  Notice of Removal ¶ 2.  However, it appears that defendants failed to attach Exhibit B to the notice of removal, and defendants provide no other evidence that service in fact occurred within 30 days of the filing of the notice of removal.

   Defendants are hereby ORDERED TO SHOW CAUSE on or before November 18, 2008 why the instant action should not be remanded.  The hearing on defendants' motion to dismiss is hereby continued from November 17, 2008 to November 24, 2008 at 10:00 a.m.

   IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |